**Jeffrey A. Rothman**
Attorney at Law
315 Broadway, Suite 200
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

May 29, 2014

**By ECF to:**
The Honorable Joan M. Azrack
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    *Re:*   <u>Elvir v. Lord, et al.</u>; 14 Civ. 3225(ENV)(JMA)

Dear Judge Azrack:

    I, along with Ameer Benno, Esq., am co-counsel for the Plaintiff in the above-captioned matter, and write to respectfully request that Your Honor grant us permission to use the residential addresses for Defendants Albert Sanchez and Lucien Cicigline, Jr. that were provided to us in the companion action that is pending in the New York State Court of Claims, so that service may be effected upon these Defendants in this action. Court of Claims Judge David A. Weinstein's April 10, 2014 Order, stating that "[n]othing in this Order precludes claimant from seeking the addresses of the above-named individuals in a proceeding before any other court" is annexed hereto as **Exhibit A**.

    I thank the Court for its consideration in this matter.

Respectfully submitted,

Jeffrey Rothman

Enc. (Exhibit A)

cc (by ECF):   Assistant Attorney General Inna Ringh, Esq.
                  Ameer Benno, Esq.

STATE OF NEW YORK        COURT OF CLAIMS

JASON ELVIR,

                     Claimant,     ORDER

    -v-

THE STATE OF NEW YORK,         Claim No.   121252

                     Defendant.

FILED
APR 1 5 2014
STATE COURT OF CLAIMS
ALBANY, N.Y.

    THIS MATTER HAVING COME BEFORE THE COURT upon the application of claimant, seeking to compel defendant to disclose the current residence addresses of certain current and/or former Department of Corrections and Community Supervision officers so that claimant may serve them in connection with this action, and due deliberation having been had and good cause appearing therefor;

    IT IS HEREBY ORDERED that defendant shall forthwith deliver to counsel for claimant in this action the last known addresses of officers ALBERT SANCHEZ and LUCIEN CICIGLINE, as well as JOHN REILLY to the extent the State is unable to produce him for deposition.

    IT IS FURTHER ORDERED THAT, to effectuate the intent of this Order, the addresses provided to counsel for claimant by defendant pursuant to this Order:

    1. Shall be used by claimant's counsel solely for the purposes of litigating this claim, or any appeals thereto, and not for any business, commercial, or competitive purpose; and

    2. Shall be maintained in a confidential manner, and, unless otherwise ordered by the Court or agreed to by the parties in writing, shall not be given, shown, or described to any persons other than: (a) the Court and personnel employed by it; or (b) counsel to the parties and the attorneys, legal assistants, paralegals, clerical and other support staff who are employed by

Ex. A

such counsel or are independent contractors of counsel and who are actually involved in assisting in this litigation.

IT IS FURTHER ORDERED THAT each person who obtains the subject residential addresses pursuant to this Order must take all due precautions to prevent the unauthorized or inadvertent disclosure of such material.

Nothing in this Order precludes claimant from seeking the addresses of the above-named individuals in a proceeding before any other court.

Albany, New York
April 10, 2014

_____
DAVID A. WEINSTEIN
Judge of the Court of Claims